## Commonwealth ex rel. Ford, Appellant, *v.* Myers.

Argued June 20, 1966. *David C. Harrison,* with him *Kramer & Harrison,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gitman, Appellant, *v.* Gitman.

Argued June 16, 1966. *Harry Shapiro,* with him *David N. Bressler* and *Calvin J. Friedberg,* for appellant; *Donald D. Dolbin,* for appellee.

Order affirmed.

WATKINS, J., took no part in the consideration or decision of this case.